QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Kevin P.B. Johnson (SBN 177129)
*kevinjohnson@quinnemanuel.com*
Todd Briggs (SBN 209282)
*toddbriggs@quinnemanuel.com*
Ray Zado (SBN 208501)
*rayzado@quinnemanuel.com*
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendant
JUNIPER NETWORKS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORE OPTICAL TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>JUNIPER NETWORKS, INC.,<br><br>Defendant. | CASE NO. 8:19-cv-02198 JAK(RAOx)<br><br>**DECLARATION OF NIMA HEFAZI IN SUPPORT OF JUNIPER'S MOTION TO DISMISS CORE'S SECOND AMENDED COMPLAINT** |

# DECLARATION OF NIMA HEFAZI

I, Nima Hefazi, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and an attorney in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Juniper Networks, Inc. ("Juniper").  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. I make this declaration in support of Juniper's Motion to Dismiss Core Optical Technologies ("Core")'s Second Amended Complaint.

3. On January 27, 2020, the parties met and conferred regarding Juniper's original planned motion to dismiss, pursuant to L.R. 7-3.  During that meet and confer, counsel for Juniper explained that it would move to dismiss Core's First Amended Complaint, and that the motion would be filed on February 3, 2020.

4. On April 3, 2020, the parties met and conferred regarding Juniper's original planned motion to dismiss, pursuant to L.R. 7-3.  During that meet and confer, counsel for Juniper explained that it would move to dismiss Core Optical's Second Amended Complaint, and that the motion would be filed on April 10, 2020.  Further, counsel for Core confirmed that it granted licenses and had licensees practicing U.S. Patent No. 6,782,211 as of October 2014.

5. Attached hereto as **Exhibit 1** is a true and correct copy of the Joint Claim Construction Statement and Prehearing Statement filed as Dkt. 52 in Case No. 8:12-cv-01872-AG-JPR.

6. Attached hereto as **Exhibit 2** is a true and correct copy of the Joint Claim Construction and Prehearing Statement Per S.P.R. 3.4 filed as Dkt. 58 in Case No. 8:16-cv-00437-AG-JPR.

7. Attached hereto as **Exhibit 3** is a true and correct copy of the Joint Claim Construction and Prehearing Statement Per S.P.R. 3.4 filed as Dkt. 50 in Case No. 8:17-cv-00548-AG-JPR.

8. Attached hereto as **Exhibit 4** is a true and correct copy of the Order Dismissing Action In Its Entirety filed as Dkt. 108 in Case No. 8:12-cv-01872-AG-JPR.

9. Attached hereto as **Exhibit 5** is a true and correct copy of the Joint Status Report and Stipulation to Extend the Stay of Deadlines Pending the Filing of a Joint Stipulation of Dismissal filed as Dkt. 112 in Case No. 8:16-cv-00437-AG-JPR.

10. Attached hereto as **Exhibit 6** is a true and correct copy of the Joint Stipulation of Dismissal filed as Dkt. 114 in Case No. 8:16-cv-00437-AG-JPR.

11. Attached hereto as **Exhibit 7** is a true and correct copy of the Order Dismissing Action But Retaining Jurisdiction Over the Action and the Parties' Settlement Agreement for Purposes of Summary Enforcement filed as Dkt. 133 in Case No. 8:17-cv-00548-AG-JPR.

12. Attached hereto as **Exhibit 8** is a true and correct copy of Core Optical's Complaint for Patent Infringement against Ciena Corporation filed as Dkt. 1 in Case No 8:12-cv-01872-AG-JPR.

13. Attached hereto as **Exhibit 9** is a true and correct copy of Core Optical's Complaint for Patent Infringement against Fujitsu Network Communications, Inc. filed as Dkt. 1 in Case No. 8:16-cv-00437-AG-JPR.

14. Attached hereto as **Exhibit 10** is a true and correct copy of Core Optical's Complaint for Patent Infringement against Infinera Corp. filed as Dkt. 1 in Case No. 8:17-cv-00548-AG-JPR.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed April 10, 2020, at Newport Beach, California.

*/s/ Nima Hefazi*

Nima Hefazi

## ATTESTATION

I, Todd Briggs, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Local Rule 5-4.3.4 I hereby attest that Nima Hefazi has concurred in the filing of the above Declaration.

*/s/ Todd Briggs*

Todd Briggs