QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (SBN 177129)
*kevinjohnson@quinnemanuel.com*
Todd Briggs (SBN 209282)
*toddbriggs@quinnemanuel.com*
Ray Zado (SBN 208501)
*rayzado@quinnemanuel.com*
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendant
JUNIPER NETWORKS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORE OPTICAL TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>JUNIPER NETWORKS, INC.,<br><br>Defendant. | CASE NO. 8:19-cv-02198 JAK(RAOx)<br><br>**DECLARATION OF TODD BRIGGS IN SUPPORT OF JUNIPER'S UNOPPOSED APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |

# DECLARATION OF TODD BRIGGS

I, Todd Briggs, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and an attorney in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Juniper Networks, Inc. ("Juniper"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. I make this declaration pursuant to Local Rule 79-5 and the Court's Standing Order Section 11, in support of Juniper's Unopposed Application for Leave to File Documents Under Seal.

3. Counsel for Juniper met and conferred telephonically with Counsel for Core Optical Technologies, LLC ("Core") on April 14, 2020 regarding this Application for Leave to File Documents Under Seal. During that telephonic meet and confer, Counsel for Core informed counsel for Juniper that Core does not oppose this Application.

4. Juniper seeks leave to file the following documents under seal:

| Document | Portions to be Filed Under Seal | Party Claiming Confidentiality |
|---|---|---|
| Memorandum in Support of Juniper's Motion to Transfer | The portions highlighted in yellow in the unredacted version filed at Dkt 38. | Juniper |
| Declaration of Domenico di Mola in Support of Juniper's Motion to Transfer | The portions highlighted in yellow in the unredacted version filed at Dkt 38. | Juniper |

5. Juniper's Memorandum in Support of Its Motion to Transfer and the Declaration of Domenico di Mola in Support of Juniper's Motion to Transfer

contain supplier, product specification, and technical information that Juniper considers highly confidential.

6. Juniper maintains safeguards to ensure the secrecy of such information, and would be harmed by its disclosure. For example, competitors could use this highly confidential information, which reveals Juniper's product architecture, development, and supplier relationships, to gain an unfair business advantage against Juniper.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed April 22, 2020, at Redwood Shores, California.

*/s/ Todd Briggs*

Todd Briggs

# CERTIFICATE OF SERVICE

Pursuant to L.R. 5-3.1.2, the undersigned hereby certifies that true and correct copies, with proposed redactions, of (1) Juniper's Memorandum in Support of Its Motion to Transfer and (2) the Declaration of Domenico Di Mola In Support of Juniper's Motion to Transfer were served on April 22, 2020, upon the following via electronic mail:

Lawrence M. Hadley
lhadley@glaserweil.com
Stephen E. Underwood
sunderwood@glaserweil.com
GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP

Lawrence R. Laporte
Lawrence.LaPorte@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP

Attorneys for Plaintiff, Core Optical Technologies, LLC

*/s/ Todd Briggs*