# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORE OPTICAL TECHNOLOGIES, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>JUNIPER NETWORKS, INC.,<br><br>  Defendant. | Case No.: 8:19-cv-02198 JAK(RAOx)<br><br>[U.S. District Judge John A. Kronstadt]<br><br>**[PROPOSED] ORDER GRANTING JUNIPER'S UNOPPOSED APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>Complaint Served: November 14, 2019 |

Having considered the Unopposed Application for Leave to File Documents Under Seal filed by Defendant Juniper Networks Inc., and determining that good cause exists, IT IS HEREBY ORDERED that the Application is GRANTED. The following documents shall be filed under seal:

| Document | Portions to be Filed Under Seal | Party Claiming Confidentiality |
|---|---|---|
| Memorandum in Support of Juniper's Motion to Transfer | The portions highlighted in yellow in the unredacted version filed at Dkt 38. | Juniper |
| Declaration of Domenico di Mola in Support of Juniper's Motion to Transfer | The portions highlighted in yellow in the unredacted version filed at Dkt 38. | Juniper |

IT IS SO ORDERED.

DATED: April _, 2020    _____

Hon. John A. Kronstadt
United States District Court Judge