QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin P.B. Johnson (SBN 177129)
*kevinjohnson@quinnemanuel.com*
Todd Briggs (SBN 209282)
*toddbriggs@quinnemanuel.com*
Ray Zado (SBN 208501)
*rayzado@quinnemanuel.com*
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendant
JUNIPER NETWORKS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORE OPTICAL TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>JUNIPER NETWORKS, INC.,<br><br>Defendant. | CASE NO. 8:19-cv-02189 JAK(RAOx)<br><br>**DECLARATION OF NIMA HEFAZI IN SUPPORT OF DEFENDANT'S *EX PARTE* APPLICATION TO STRIKE PLAINTIFF'S REQUEST FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF** |

# DECLARATION OF NIMA HEFAZI

I, Nima Hefazi, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and an attorney in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Juniper Networks, Inc ("Juniper").  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. I make this declaration in support of Defendant's *Ex Parte* Application To Strike Plaintiff's Request For Leave To File A Supplemental Brief.

3. On June 19, 2020, counsel for Juniper, Nima Hefazi, sent an email to counsel for Core Optical Technologies, LLC ("Core Optical") informing Core Optical that Juniper intended to file the *ex parte* application, and indicated it was available to discuss the date and substance of Juniper's *ex parte* application and whether Core opposes. Attached hereto as **Exhibit 1** is a true and correct copy of this email.

4. On June 20, 2020, the parties met and conferred regarding Juniper's *ex parte* application to strike.  During that meet and confer, counsel for Juniper asked Core Optical whether it would agree to withdraw its Request for Leave to File Supplemental Brief and the proposed Supplemental Brief so that the parties could meet and confer pursuant to Local Rule 7-3 and the Court's Standing Order 9(c).  Core Optical indicated it would not withdraw its Request.  Counsel for Juniper explained that it would seek to strike Core Optical's Request for Leave to File Supplemental Brief and the proposed Supplemental Brief, and that the application would be filed on June 22, 2020.  Core Optical indicated that it would oppose.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed June 22, 2020, at Los Angeles, California.

　　　　　　　　　　　　　　　　　　*/s/ Nima Hefazi*
　　　　　　　　　　　　　　　　　　Nima Hefazi

## ATTESTATION

I, Todd Briggs, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Local Rule 5-4.3.4 I hereby attest that Nima Hefazi has concurred in the filing of the above Declaration.

                 */s/ Todd Briggs*
                 Todd Briggs